893 A.2d 718

HEATHER STEINBERG AND PAUL STEINBERG, PLAINTIFFS–APPELLANTS, v. LIBERTY SCIENCE CENTER, INC., ETC., ET AL., DEFENDANT, AND ROCK STREAM STUDIOS, INC., ETC., ET AL., DEFENDANTS–RESPONDENTS.

(AND OTHER RELATED MATTERS).

February 3, 2006.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

893 A.2d 718

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. FRANCISCO ALBERT CASTRO, DEFENDANT.

February 23, 2006.

IT IS ORDERED that the motion for reconsideration is granted, the Court's Order of September 12, 2005, is vacated, and the State's Appeal is reinstated.

893 A.2d 718

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. ROSALINDA MOLINA, DEFENDANT.

February 23, 2006.

IT IS ORDERED that the motion for reconsideration is granted, the Court's Order of September 12, 2005, is vacated, and the State's appeal is reinstated.